1  LARA R. SHAPIRO (State Bar No. 227194)
   4145 Via Marina # 324
2  Marina del Rey, CA 90292
   Telephone:  (310) 577-0870
3  Facsimile:  (424) 228-5351

4  *Of Counsel to*
   Lemberg & Associates LLC
5  A Connecticut Law Firm
   1100 Summer Street
6  Stamford, CT  06905
   Telephone:  (203) 653-2250
7  Facsimile:  (203) 653-3424

8  Attorneys for Plaintiff,
   Sharise Reimer

9

10

11                 UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA

13                      FRESNO DIVISION

14

15  Sharise Reimer,                   Case No.: **1:09−CV−01347−OWW−GSA**

16             Plaintiff,             **VOLUNTARY WITHDRAWAL**

17        vs.

18  G.C. Services L.P.; and DOES 1-10,
    inclusive,
19
               Defendants.
20

21

22

23

24

25

26

27

28

                                                          WITHDRAWAL

PDF created with pdfFactory trial version www.pdffactory.com

1
2

**NOTICE OF WITHDRAWAL OF COMPLAINT AND
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

3

Plaintiff, Sharise Reimer, by her attorney, hereby withdraws her

4

complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R.

5

Civ. P. 41(a).

6

7

8    Plaintiff
      */s/ Lara Shapiro*

9    _____

10   LARA SHAPIRO
      Attorney for Plaintiff

11

12

13

14   IT IS SO ORDERED:

15

16   Dated:  November 20, 2009                    /s/ OLIVER W. WANGER

17                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

1

PDF created with pdfFactory trial version www.pdffactory.com